ORIGINAL

Baza_J.aacg2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
OCT -5 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JUAN T. BAZA, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 98-00044 <br><br> **ANNUAL ACCOUNTING IN GARNISHMENT** |

To: Reliable Builders
Attn.: Payroll Department
P.O. Box 7536
Tamuning, Guam 96931

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about September 11, 2003, $2,300.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this _5th_ day of October, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

```
                        PAYMENT HISTORY
                         FOR: 1998Z00207

DEBTOR:  Baza, Juan T.
COLLECTION TYPE: 6A
BALANCE AS OF SEPTEMBER 28, 2005:   $6,676.84


DATE RCVD      FORM     COURT RECEIPT      CHECK NBR     PAYMENT AMOUNT
-----------    ----     -------------      ---------     --------------
09-NOV-2004    GC/H       0025421            44003         $  100.00
24-NOV-2004    GC/H       0025499            44093            100.00
09-DEC-2004    GC/H       0025587            44264            100.00
20-DEC-2004    GC/H       0025619            44374            100.00
20-JAN-2005    GC/H       0025776            45135            100.00
25-JAN-2005    GC/H       0025803            44575            100.00
01-FEB-2005    GC/H       0025840            45206            100.00
15-FEB-2005    GC/H       0025927            45370            100.00
02-MAR-2005    GC/H       0026001            45449            100.00
01-APR-2005    GC/H       0026156            44680            100.00
18-APR-2005    GC/H       0026248            44829            100.00
28-APR-2005    GC/H       0026289            44907            100.00
12-MAY-2005    GC/H       0026384            45627            100.00
24-MAY-2005    GC/H       0026452            45683            100.00
15-JUN-2005    GC/H       0026575            45837            100.00
21-JUN-2005    GC/H       0026609            45954            100.00
08-JUL-2005    GC/H       0026711            46055            100.00
01-AUG-2005    GC/H       0026833            46209            100.00
04-AUG-2005    GC/H       0026871            46343            100.00
16-AUG-2005    GC/H       0026930            46481            100.00
31-AUG-2005    GC/H       0027008            46596            100.00
13-SEP-2005    GC/H       0027074            46783            100.00
28-SEP-2005    GC/H       0027155            46894            100.00

             TOTAL DOLLAR AMOUNT OF PAYMENTS:      $2,300.00
```