ORIGINAL

1 BAZA_J.gar3

2 LEONARDO M. RAPADAS
United States Attorney
3 MARIVIC P. DAVID
Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagåtña, Guam 96910
TEL: (671) 472-7332
6 FAX: (671) 472-7215

7 Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 10 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 98-00044 |
| Plaintiff, ) | |
| vs. ) | **STIPULATED MOTION FOR A WRIT OF GARNISHMENT** |
| JUAN T. BAZA, ) | |
| Defendant, ) | |
| DEPARTMENT OF REVENUE ) AND TAXATION, GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

WHEREAS Defendant, JUAN T. BAZA, Yona, Guam 96914, Social Security Number XXX-XX-9332, has requested that any income tax refund including tax year 2004 payable to him from the Department of Revenue and Taxation, Government of Guam, be made payable to the Clerk, U.S. District Court of Guam for payment toward his restitution that is due and owing;

//
//
//
//

| | |
|---|---|
| 1 | Plaintiff, UNITED STATES OF AMERICA, and Defendant, JUAN T. BAZA, hereby |
| 2 | jointly move the Court for an order of writ of garnishment on the income tax refund including tax |
| 3 | year 2004 account of Defendant, JUAN T. BAZA. |

Dated: 11-09-05

JUAN T. BAZA
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 11-09-05        By: 

MARIVIC P. DAVID
Assistant U.S. Attorney