ORIGINAL

BAZA_J.gar3

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>JUAN T. BAZA,<br>　　　　Defendant,<br>DEPARTMENT OF REVENUE<br>　AND TAXATION,<br>GOVERNMENT OF GUAM,<br>　　　　Garnishee. | CRIMINAL CASE NO. 98-00044<br><br>**WRIT OF GARNISHMENT** |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment on Defendant JUAN T. BAZA's income tax refund including tax year 2004.

//
//
//
//
//
//
//

IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2004 account of Juan T. Baza, Social Security Number XXX-XX-1237, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

>U.S. District Court of Guam
>4th Floor, U.S. Courthouse
>520 West Soledad Avenue
>Hagåtña, Guam 96910

DATED this 15th day of November, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge
District Court of Guam



RECEIVED
NOV 10 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM