ORIGINAL

BAZA_J.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR 21 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JUAN T. BAZA,<br><br>    Defendant,<br><br>RELIABLE BUILDERS,<br><br>    Garnishee. | CRIMINAL CASE NO. 98-00044<br><br>**MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |

On or about September 11, 2003, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about March 8, 2006, final

//
//
//
//
//
//

Case 1:98-cr-00044   Document 36   Filed 03/21/2006   Page 1 of 2

payment applied towards the principal debt was received and defendant's obligation has been fulfilled to our satisfaction. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant JUAN T. BAZA.

DATED this 16th day of March, 2006.

>LEONARDO M. RAPADAS
>United States Attorney
>Districts of Guam and the NMI
>
>By: *[signature]*
>MARIVIC P. DAVID
>Assistant U.S. Attorney