BAZA_J.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
APR - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN T. BAZA, <br><br> Defendant, <br><br>——————————————<br><br> RELIABLE BUILDERS, <br><br> Garnishee. | CRIMINAL CASE NO. 98-00044 <br><br> **O R D E R** <br><br> Re: United States Motion to Terminate Writ of Continuing Garnishment |

Based upon the reasons set forth in the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the Plaintiff's motion is hereby GRANTED and the Writ of Continuing Garnishment is hereby terminated.

**SO ORDERED** this ___ day of April 2006.

ROGER T. BENITEZ
District Judge

* The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, sitting by designation.