# ORIGINAL

1  **BAZA_J.pet**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 2 6 2006

**MARY L.M. MORAN
CLERK OF COURT**

8

9               IN THE UNITED STATES DISTRICT COURT

10                 FOR THE DISTRICT OF GUAM

11  UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO. 98-00044
                                     )
12                 Plaintiff,        )
                                     )
13           v.                      )    PETITION TO TRANSFER
                                     )    PAYMENTS FROM THE CRIME
14  JUAN T. BAZA,                    )    VICTIM FUND TO THE RESTITUTION
                                     )    FUND
15                 Defendant.        )
    _____ )

16

17                        <u>PETITION</u>

18        COMES NOW the United States of America, by and through its undersigned counsel,

19  and Fund to the Restitution Fund in the above entitled action and in support hereof, states as

20  follows:

21        1.        On or about July 24, 1998, sentence was imposed by this Court against Defendant

22  JUAN T. BAZA (hereinafter referred to as "Defendant BAZA").  Among other things, a

23  $200.00 special assessment and restitution in the amount of $10,026.50 were ordered.  See

24  Attachment "A."

25  //

26  //

27  //

28

1

2.      Defendant BAZA made payments totaling $10,279.97 of which $225.00 was

2   deposited to the Crime Victim Fund.  See Attachment "B."

3

3.      In the interest of justice, the amount of $25.00 paid by Defendant BAZA and

4   deposited in the Crime Victims Fund should be transferred to the restitution fund.

5       DATED this _25th_ day of April, 2006.

6

7                                              LEONARDO M. RAPADAS
                                               United States Attorney
8                                              Districts of Guam and the NMI

9

10                              By:    _____
                                       MARIVIC P. DAVID
11                                     Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

FCY

# United States District Court

## DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA

v.

**JUAN T. BAZA**

**JUDGMENT IN A CRIMINAL CASE**

(For Offenses Committed On or After November 1, 1987)

Case Number: **1:98CR00044-001**

**D. GRAHAM BOTHA**
Defendant's Attorney

**FILED**

DISTRICT COURT OF GUAM

**JUL 3 0 1998**

MARY L. M. MORAN
CLERK OF COURT

### THE DEFENDANT:

- [x] pleaded guilty to count(s)  **I AND II**
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. ' 2 | POSSESSION OF STOLEN MAIL | 06/30/1997 | I |
| 18 U.S.C. ' 1708 | POSSESSION OF STOLEN MAIL | 06/30/1997 | I |
| 18 U.S.C. ' 2 | POSSESSION OF FORGED SECURITY | 06/30/1997 | II |

**See Additional Counts of Conviction - Page**

The defendant is sentenced as provided in pages 2 through **8** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**

Defendant's Date of Birth: **05/09/1960**

Defendant's USM No.: **01546-093**

Defendant's Residence Address:

**MENDIOLA APARTMENTS**

**WUSSTIG ROAD**

**DEDEDO**          GU     96912

Defendant's Mailing Address:

**111 JESUS TAISAPIC STREET**

**YONA**          GU     96914

**07/24/1998**
Date of Imposition of Judgment

Signature of Judicial Officer

**JOHN S. UNPINGCO**

**U.S. DISTRICT JUDGE**
Name & Title of Judicial Officer

**JUL 3 0 1998**
Date

RECEIVED

**A**

DEFENDANT: **JUAN T. BAZA**

CASE NUMBER: **1:98CR00044-001**

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. ' 513 (a) | POSSESSION OF FORGED SECURITY | 06/30/1997 | II |

DEFENDANT: **JUAN T. BAZA**

CASE NUMBER: **1:98CR00044-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___14___ __month(s)__ .

**1. DEFENDANT IS COMMITTED TO THE U.S. BUREAU OF PRISONS FOR A TERM OF 14 MONTHS FOR COUNT I AND 14 MONTHS FOR COUNT II TO BE SERVED CONCURRENTLY.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**1. DEFENDANT SHALL PARTICIPATE IN A DRUG TREATMENT PROGRAM APPROVED BY THE U.S. BUREAU OF PRISONS.**
**2. DEFENDANT SHALL PARTICIPATE IN A VOCATIONAL TRAINING PROGRAM AS APPROVED BY THE U.S. BUREAU OF PRISONS.**

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____ .

☒ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
**Deputy U.S. Marshal**

DEFENDANT:   **JUAN T. BAZA**

CASE NUMBER:   **1:98CR00044-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____**3**_____ **year(s)** .

**1. THE DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR TREATMENT OF NARCOTIC ADDICTION TO DRUG OR ALCOHOL DEPENDENCY WHICH WILL INCLUDE TESTING FOR THE DETECTION OF SUBSTANCE ABUSE OR USE.**
**2. THE DEFENDANT PERFORM 300 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) . The defendant shall also comply with the additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: **JUAN T. BAZA**

CASE NUMBER: **1:98CR00044-001**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** | $ 200.00 | $ | $ 10,026.50 |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . $ _____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____.

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

# RESTITUTION

☐ The determination of restitution is deferred until _____ . An Amended Judgment in a Criminal Case will be entered after such a determination.

☒ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| PACIFIC WELDING SERVICES | | $2,287.00 | |
| PAYLESS SUPERMARTS, INC. | | $956.00 | |
| HAFA ADAI MARKET | | $589.00 | |
| BANK OF HAWAII | | $1,533.96 | |
| See Additional Restitution Payees - Page   Totals: | $ _____ | $ 10,026.50 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: **JUAN T. BAZA**
CASE NUMBER: **1:98CR00044-001**

# ADDITIONAL RESTITUTION PAYEES

| Name of Payee | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| FIRST HAWAIIAN BANK | | $800.00 | |
| BANK OF GUAM | | $1,412.90 | |
| NAVMAR FEDERAL CREDIT UNION | | $2,447.64 | |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:    **JUAN T. BAZA**

CASE NUMBER:    **1:98CR00044-001**

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  ☒  in full immediately; or

B  ☐  $ _____ immediately, balance due (in accordance with C, D, or E); or

C  ☐  not later than _____ ; or

D  ☐  in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  ☐  in _____ *(e.g. equal, weekly, monthly, quarterly)* installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

**AS DIRECTED BY THE U.S. PROBATION OFFICE.**

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

DEFENDANT:      **JUAN T. BAZA**

CASE NUMBER:    **1:98CR00044-001**

# STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

## OR

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

    Total Offense Level:        **10**

    Criminal History Category:      **II**

    Imprisonment Range:    **8 TO 14 MONTHS**

    Supervised Release Range:    **2 TO 3 YEARS**

    Fine Range:  $ ____2,000.00____ to $ ____20,000.00____

        ☒ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution:  $ _____

    ☐ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

    ☐ For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the forseeable future under any reasonable schedule of payments.

    ☐ Partial restitution is ordered for the following reason(s):

☒ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

## OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

## OR

☐ The sentence departs from the guideline range:

    ☐ upon motion of the government, as a result of defendant's substantial assistance.

    ☐ for the following specific reason(s):

# District Court of Guam
# Fees Report

Case: CR-98-00044

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 07/12/1999 | 0016465 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Assessments/Fines<br>Check Info: 15-51 #00345597<br>Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s)<br>Check | $ | 25.00 S/A |
| 02/09/2000 | 0017295 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Assessments/Fines<br>Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s)<br>Cash | $ | 25.00 S/A |
| 03/06/2000 | 0017419 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Assessments/Fines<br>Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s)<br>Cash | $ | 25.00 S/A |
| 04/05/2000 | 0017553 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Assessments/Fines<br>Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s)<br>Cash | $ | 25.00 S/A |
| 05/01/2000 | 0017625 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Assessments/Fines<br>Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s)<br>Cash | $ | 25.00 S/A |
| 06/08/2000 | 0017813 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Assessments/Fines<br>Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s)<br>Cash | $ | 25.00 S/A |

3/16/2006  2:50 pm



Page 1 of 18

# District Court of Guam
# Fees Report

Case: CR-98-00044

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 07/06/2000 | 0017887 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044 Assessments/Fines Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s) Cash | $ | 25.00  S/A |
| 08/16/2000 | 0018058 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044 Assessments/Fines Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s) Cash | $ | 25.00  S/A |
| 09/20/2000 | 0018192 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044 Assessments/Fines Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s) Cash | $ | 25.00  S/A |
| 10/30/2000 | 0018383 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044 Restitution Restitution | $ | 25.00 |
| | | | Payment Type(s) Cash | $ | 25.00 |
| 01/22/2001 | 0018686 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044 Restitution Restitution | $ | 25.00 |
| | | | Payment Type(s) Cash | $ | 25.00 |
| 02/16/2001 | 0018804 | FEGURGUR, ANNIE Q. | | | |
| | | | CR-98-00044: CR-98-00044 USA vs. JUAN T. BAZA Restitution Restitution | $ | 25.00 |
| | | | Payment Type(s) Cash | $ | 25.00 |

3/16/2006  2:50 pm

# District Court of Guam
# Fees Report

Case: CR-98-00044

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 03/12/2001 | 0018899 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Restitution<br>Re: USA vs Juan T. Baza<br>  Restitution | $ | 50.00 |
| | | | Payment Type(s)<br>  Cash | $ | 50.00 |
| 05/02/2001 | 0019153 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs Juan T. Baza<br>Restitution<br>  Restitution | $ | 50.00 |
| | | | Payment Type(s)<br>  Cash | $ | 50.00 |
| 06/29/2001 | 0019358 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Re: USA vs Juan T. Baza<br>Restitution<br>  Restitution | $ | 50.00 |
| | | | Payment Type(s)<br>  Cash | $ | 50.00 |
| 07/19/2001 | 0019419 | Fegurgur, Annie Q. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs Juan T. Baza<br>Restitution<br>  Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>  Cash | $ | 100.00 |
| 08/07/2001 | 0019465 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs Juan T. Baza<br>Restitution<br>  Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>  Cash | $ | 100.00 |

3/16/2006  2:50 pm

# District Court of Guam
# Fees Report

Case: CR-98-00044

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 10/15/2001 | 0019712 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs Juan T. Baza<br>Restitution<br>    Restitution | $ | 25.00 |
| | | | Payment Type(s)<br>    Cash | $ | 25.00 |
| 01/08/2002 | 0020024 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs Juan T. Baza<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 02/28/2002 | 0020210 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Re: USA vs Juan T. Baza<br>Restitution<br>    Restitution | $ | 80.00 |
| | | | Payment Type(s)<br>    Cash | $ | 80.00 |
| 03/22/2002 | 0020281 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Re: USA vs Juan T. Baza<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 04/30/2002 | 0020372 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs Juan T. Baza<br>Restitution<br>    Restitution | $ | 50.00 |
| | | | Payment Type(s)<br>    Cash | $ | 50.00 |

Case 1:98-cr-00044    Document 41    Filed 04/26/2006    Page 14 of 28

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 05/20/2002 | 0020440 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Re: USA vs Juan T. Baza<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 06/27/2002 | 0020556 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs Juan T. Baza<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 07/25/2002 | 0020706 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Re: USA vs Juan T. Baza<br>Restitution<br>    Restitution | $ | 50.00 |
| | | | Payment Type(s)<br>    Cash | $ | 50.00 |
| 08/22/2002 | 0020899 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Re: USA vs Juan T. Baza<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 09/16/2002 | 0021050 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Re: USA vs Juan T. Baza<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |

3/16/2006  2:50 pm

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 10/28/2002 | 0021329 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Re: USA vs Juan T. Baza<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 100.00 |
| 11/25/2002 | 0021499 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs Juan T. Baza<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 100.00 |
| 12/30/2002 | 0021634 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs Juan T. Baza<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 100.00 |
| 01/22/2003 | 0021745 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs Juan T. Baza<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 100.00 |
| 02/25/2003 | 0021931 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs Juan T. Baza<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 100.00 |

3/16/2006 2:50 pm

# District Court of Guam
# Fees Report

Case: CR-98-00044

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 03/27/2003 | 0022104 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA -vs- JUAN T. BAZA<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 100.00 |
| 04/29/2003 | 0022252 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Re: USA vs Juan T. Baza<br>Restitution | | |
| | | | Restitution | $ | 50.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 50.00 |
| 05/27/2003 | 0022419 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Re: USA vs Juan T. Baza<br>Restitution | | |
| | | | Restitution | $ | 60.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 60.00 |
| 06/25/2003 | 0022598 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 100.00 |
| 07/23/2003 | 0022762 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>Re: USA vs Juan T. Baza<br>Restitution | | |
| | | | Restitution | $ | 80.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 80.00 |

3/16/2006  2:50 pm

# District Court of Guam
# Fees Report

Case: CR-98-00044

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 08/26/2003 | 0022938 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution | | |
| | | | Restitution | $ | 50.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 50.00 |
| 09/29/2003 | 0023113 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution | | |
| | | | Restitution | $ | 90.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 90.00 |
| 10/15/2003 | 0023220 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs Juan T. Baza<br>Restitution<br>Check Info: 59-523/1214 #40559 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |
| 11/03/2003 | 0023345 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs Juan T. Baza<br>Restitution<br>Check Info: 59-523/1214 #40642 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |
| 11/12/2003 | 0023405 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs Juan T. Baza<br>Restitution<br>Check Info: 59-523/1214 #40790 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |

GƲ

3/16/2006  2:50 pm

Page 8 of 18

# District Court of Guam
# Fees Report

Case: CR-98-00044

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 12/01/2003 | 0023494 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044 RE: USA vs JUAN T. BAZA Restitution Check Info: 59-523/1214 #40936 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |
| 12/09/2003 | 0023543 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044 USA vs JUAN T. BAZA Restitution Check Info: 59-523/1214 #41054 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |
| 12/29/2003 | 0023627 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044 USA vs JUAN T. BAZA Restitution Check Info: 59-523/1214 #41206 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |
| 01/12/2004 | 0023696 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044 USA vs JUAN T. BAZA Restitution Check Info: 59-523/1214 #41350 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |
| 01/29/2004 | 0023780 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044 USA vs JUAN T. BAZA Restitution Check Info: 59-523/1214 #41477 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 100.00 |

3/16/2006  2:50 pm

# District Court of Guam
# Fees Report

Case: CR-98-00044

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 02/03/2004 | 0023809 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #41582 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 02/25/2004 | 0023933 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #41772 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 03/10/2004 | 0024032 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #41871 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 04/02/2004 | 0024167 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #42126 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 04/16/2004 | 0024276 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #42300 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |

3/16/2006  2:50 pm

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 05/11/2004 | 0024462 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA VS. JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #42471 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 05/27/2004 | 0024553 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #42608 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 06/09/2004 | 0024632 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #42734 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 06/23/2004 | 0024702 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #42864 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 07/07/2004 | 0024778 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 # 42971 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |

3/16/2006  2:50 pm

# District Court of Guam
# Fees Report

Case: CR-98-00044

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 07/20/2004 | 0024846 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #43110<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 08/18/2004 | 0024998 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #43326<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 11/09/2004 | 0025421 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #44003<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 11/24/2004 | 0025499 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #44093<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 12/09/2004 | 0025587 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA VS. JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #44264<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |

# District Court of Guam
# Fees Report

Case: CR-98-00044

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 12/20/2004 | 0025619 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #44374<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Check | $ | 100.00 |
| 01/20/2005 | 0025776 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #45135<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Check | $ | 100.00 |
| 01/25/2005 | 0025803 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #44575<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Check | $ | 100.00 |
| 02/01/2005 | 0025840 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #45206<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Check | $ | 100.00 |
| 02/15/2005 | 0025927 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #45370<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Check | $ | 100.00 |

3/16/2006  2:50 pm

# District Court of Guam
# Fees Report

Case: CR-98-00044

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 03/02/2005 | 0026001 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #45449 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 04/01/2005 | 0026156 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #44680 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 04/18/2005 | 0026248 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #44829 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 04/28/2005 | 0026289 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #44907 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 05/12/2005 | 0026384 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #45627 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |

3/16/2006  2:50 pm

# District Court of Guam
# Fees Report

Case: CR-98-00044

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 05/24/2005 | 0026452 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #45683 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 06/15/2005 | 0026575 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #45837 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 06/21/2005 | 0026609 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #45954 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 07/08/2005 | 0026711 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #46055 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 08/01/2005 | 0026833 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #46209 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |

3/16/2006 2:50 pm

# District Court of Guam
# Fees Report

Case: CR-98-00044

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 08/04/2005 | 0026871 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #46343<br>   Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>   Check | $ | 100.00 |
| 08/16/2005 | 0026930 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #46481<br>   Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>   Check | $ | 100.00 |
| 08/31/2005 | 0027008 | RELIABLE BUILDERS INCORPORATION | | | |
| | | | CR-98-00044: CR-98-00044<br>USA VS. JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #46596<br>   Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>   Check | $ | 100.00 |
| 09/13/2005 | 0027074 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #46783<br>   Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>   Check | $ | 100.00 |
| 09/28/2005 | 0027155 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: CR-98-00044<br>USA vs JUAN T. BAZA<br>Restitution<br>Check Info: 59-523/1214 #46894<br>   Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>   Check | $ | 100.00 |

# District Court of Guam
# Fees Report

Case: CR-98-00044

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|-----------|---|--------|
| 11/01/2005 | 0027447 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: USA v. Baza<br>Party: BAZA, JUAN T.<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check #50097 59-523/1214 | $ | 100.00 |
| 11/10/2005 | 0027511 | RELIABLE BUILDERS INCORPORATION | | | |
| | | | CR-98-00044: USA v. Baza<br>Party: BAZA, JUAN T.<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check #50301 59-523/1214 2 | $ | 100.00 |
| 11/25/2005 | 0027598 | RELIABLE BUILDERS INCORPORATION | | | |
| | | | CR-98-00044: USA v. Baza<br>Party: BAZA, JUAN T.<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check #050397 59-523/1214 2 | $ | 100.00 |
| 12/07/2005 | 0027671 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: USA v. Baza<br>Party: BAZA, JUAN T.<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Check #50542 59-523/1214 | $ | 100.00 |
| 12/14/2005 | 0027719<br>VOIDED | GOVERNMENT OF GUAM | | | |
| | | | CR-98-00044: USA v. Baza<br>Party: BAZA, JUAN T.<br>Restitution | $ | 0.00 |
| | | | Payment Type(s)<br>Check #0059280 101-511/1214 | $ | 0.00 |
| 12/16/2005 | 0027735 | BAZA, JUAN T. | | | |
| | | | CR-98-00044: USA v. Baza<br>Party: BAZA, JUAN T.<br>Restitution | $ | 2,394.97 |
| | | | Payment Type(s)<br>Check #0059280 101-511/1214 | $ | 2,394.97 |

3/16/2006 2:50 pm

# District Court of Guam
# Fees Report

Case: CR-98-00044

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 12/20/2005 | 0027764 | RELIABLE BUILDERS INCORPORATION | | | |
| | | | CR-98-00044: USA v. Baza | | |
| | | | Party: BAZA, JUAN T. | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check #50710 59-523/1214 2 | $ | 100.00 |
| 01/04/2006 | 0027849 | RELIABLE BUILDERS INCORPORATION | | | |
| | | | CR-98-00044: USA v. Baza | | |
| | | | Party: BAZA, JUAN T. | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check #50827 59-523/1214 | $ | 100.00 |
| 01/20/2006 | 0027955 | RELIABLE BUILDERS INCORPORATION | | | |
| | | | CR-98-00044: USA v. Baza | | |
| | | | Party: BAZA, JUAN T. | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check #50979 59-523/1214 | $ | 100.00 |
| 02/01/2006 | 0028009 | RELIABLE BUILDERS INCORPORATION | | | |
| | | | CR-98-00044: USA v. Baza | | |
| | | | Party: BAZA, JUAN T. | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check #51128 59-523/1214 | $ | 100.00 |
| 02/15/2006 | 0028117 | RELIABLE BUILDERS INCORPORATION | | | |
| | | | CR-98-00044: USA v. Baza | | |
| | | | Party: BAZA, JUAN T. | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check #51280 59-523/1214 | $ | 100.00 |
| 03/08/2006 | 0028237 | RELIABLE BUILDERS INCORPORATION | | | |
| | | | CR-98-00044: USA v. Baza | | |
| | | | Party: BAZA, JUAN T. | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Check #51390 59-523/1214 | $ | 100.00 |

3/16/2006 2:50 pm