BAZA_J.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JUAN T. BAZA,<br><br>        Defendant. | CRIMINAL CASE NO. 98-00044<br><br>**O R D E R**<br><br>Re: United States Petition to Transfer from the Crime Victim Fund to the Restitution Fund |

Based upon the Plaintiff's Petition to Transfer from the Crime Victim Fund to the Restitution Fund, the Court hereby orders the amount of $25.00 paid by Defendant JUAN T. BAZA and deposited in the Crime Victims Fund to be transferred to the restitution fund.

**SO ORDERED** this 27th day of April 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**